**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Scott A. Heimermann,

Plaintiff,

v.

David Crist, et al.,

Defendant.

Civil No. 00-1455 (RHK/AJB)

**ORDER ON REQUEST TO FILE REPLY MEMORANDUM**

Plaintiff in this matter has filed several nondispositive pretrial motions seeking: (1) leave to file a second amended complaint; (2) leave to allow plaintiff same discovery rights as litigants with counsel; (3) leave to file substitute consolidated second amended complaint; (4) motion to join additional defendants; and (5) motion for temporary restraining order and injunctive relief. Defendants served and filed a memorandum and affidavits in opposition to plaintiff's motion. Plaintiff now requests permission to file a reply memorandum. A motion for leave to intervene has also been filed by Stephen Danforth.

District of Minnesota Local Rule 7.1(a) provides a recitation of documents to be served and filed in regard to nondispositive motions. There is no provision for a reply brief in nondispositive motions and no reply brief is permitted except by express permission from the Court.[1] Upon review of documents filed by the parties, along with plaintiff's written request for permission to file reply documents, **IT IS HEREBY ORDERED** that plaintiff's request is

---

[1] The provision allowing reply memorandums in Local Rule 7.1(b) applies only to motions which, if granted, would terminate the entire case or particular causes of action in the case, including motions to dismiss and motions for summary judgment.

FILED NOV 0 2 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

**denied** [Docket No. ___]. **IT IS FURTHER ORDERED** that defendant shall be given until November 15, 2000, to serve and file a response to the pending motion for leave to intervene.

Dated: 11/2/00

ARTHUR J. BOYLAN
United States Magistrate Judge