UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott A. Heimermann,

Plaintiff,

vs.

David Crist, Tracy Hosking, Dean Mecal, Sheryl Ramstad-Hvass, Eldon Sanders, Mike Seath, and John Does,

Defendants.

Civil File No. 00-1455 RHK/AJB

**ORDER**

This matter came before the Court upon the motion of Defendants for an order quashing the subpoenas and notices of depositions of Erik Skon, Assistant Commissioner of the Minnesota Department of Corrections, David Crist, Warden of the Minnesota Correctional Facility - Stillwater ("MCF-STW"), Dennis Benson, Deputy Commission of the Minnesota Department of Corrections, Tracy Doughty-Hosking, caseworker at the MCF-STW, Mike Seath, lieutenant at the MCF-STW, Daniel A. Ferrise, CEO of MINNCOR, Helen Jaeb, Patricia Meineke, John Galzki and Jim Sunderland.

Based upon all the files, records, and pleadings herein,

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion to quash subpoenas and depositions is **GRANTED**; and
2. All discovery in this case is **STAYED** pending further order of this Court.

Dated: 1/16/01, 2001.

BY THE COURT:

ARTHUR J. BOYLAN
United States Magistrate Judge

JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK