**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Scott A. Heimermann,

Plaintiff,

v.

David Crist, et al.,

Defendant.

Civil No. 00-1455 (RHK/AJB)

**ORDER ON DISCOVERY**

This matter is before the Court on several motions by plaintiff relating to depositions. Based upon the Court's review of the motions and submissions of plaintiff, along with protective orders issued by the Court on January 10, 2001, and January 16, 2001,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion for leave to take more than ten oral depositions is **denied** [Docket No. 57].

2. Plaintiff's motion to compel defendants to admit court reporter and other personnel into the prison to take oral depositions is **denied** [Docket No. 58].

3. Plaintiff's motion for appointment of court reporter is **denied** [Docket No. 59].

Dated: 1/17/01

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED JAN 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK