UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott A. Heimermann,

Plaintiff,

Civil 00-1455(RHK/AJB)

vs.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

David Crist, et al.,

Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 24, 2001

RICHARD H. KYLE
United States District Judge

FILED JAN 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Scott A. Heimermann

vs. 00-1455ADM/AJB

David Crist, et al

The above-entitled action has been re-assigned to Judge Ann D. Mongtomery. The Magistrate Judge assignment remains the same.

When submitting future documents to the court, please use the above file number.