**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Scott A. Heimermann,

Plaintiff,

v.

David Crist, et al.,

Defendants.

**MEMORANDUM OPINION AND ORDER**
Civil No. 00-1455 ADM/AJB

---

## I. INTRODUCTION

This matter is before the undersigned United States District Judge pursuant to Plaintiff Scott Heimermann's objections to the July 31, 2001 Report and Recommedation ("R&R") of Magistrate Judge Arthur J. Boylan [Doc. No. 87]. In the R&R, Judge Boylan recommends dismissing this action pursuant to Fed R. Civ. P. 41(a)(2) and denying the additional pending motions as moot. For the reasons set forth below, Judge Boylan's R&R is adopted in its entirety.

## II. BACKGROUND

The factual background for this matter is adequately set forth in the R&R and is incorporated by reference for the purposes of Plaintiff's present objections.

## III. DISCUSSION

A district court must make an independent, *de novo* evaluation of those portions of an R&R to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. *See* 28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.1(c)(2).

FILED SEP 0 6 20..
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 0 6 ..01
DEPUTY CLERK

Motions to dismiss without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) are within the "sound discretion of the district courts." *Herring v. City of Whitehall*, 804 F.2d 464, 466 (8th Cir. 1986). Based upon the reasoning of the R&R, Plaintiff's motion to dismiss without prejudice is granted. The imposition of costs and fees for an action previously dismissed as a precondition to plaintiff's refiling his complaint is authorized by Fed. R. Civ. P. 41(d). *Id.* Such a precondition is appropriate in the circumstances of this case. Accordingly, Plaintiff is required to pay defendants' costs in this case as a prerequisite to his re-filing another complaint based on or including the same claims against the same defendants as asserted in the present complaint and motions to amend.

## IV. CONCLUSION

Based upon the foregoing, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

(1) Judge Boylan's R&R of July 31, 2001 [Doc. No. 87] is **ADOPTED** in its entirety;

(2) Plaintiff's Motion to Voluntarily Dismiss [Doc. Nos. 84, 85, 86] is **GRANTED**;

(3) This action is **DISMISSED** without prejudice and without costs;

(4) Pursuant to Fed. R. Civ. P. 41(d), **Plaintiff is required to pay defendants' costs as a prerequisite to his re-filing another complaint based upon or including the same claims against the same defendants**;

(5) Defendants' Motion for Summary Judgment [Doc. No. 40] is **DENIED** without prejudice;

(6) Plaintiff's Motion for Leave to file consolidated second amended complaint [Doc. No. 15] is **DENIED** as moot;

(7) Plaintiff's Motion for Leave to file substitute consolidated second amended complaint [Doc. No. 20] is **DENIED** as moot;

(8) Plaintiff's Motion for Continuance pending pretrial discovery [Doc. No. 51] is **DENIED** as moot;

(9) Plaintiff's Motion to Strike as sham and false defendants' summary judgment pleading [Doc. No. 52] is **DENIED** as moot;

(10) Plaintiff's Motion for Supervisory Order summarily denying summary judgment motion [Doc. No. 66] is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Ann Montgomery

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: September 6, 2001