**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Scott A. Heimermann,

Plaintiff,

**MEMORANDUM OPINION AND ORDER**
Civil No. 00-1455 ADM/AJB

v.

David Crist, et al.,

Defendants.

---

This matter is before the undersigned United States District Judge pursuant to Plaintiff Scott Heimermann's Motion to Alter or Modify Judgment [Doc. No. 93]. By an Order dated September 6, 2001, this action was dismissed without prejudice and without costs [Doc. No. 90]. Further, the Order required Heimermann to pay defendants' costs as a prerequisite to his re-filing another complaint based upon or including the same claims against the same defendants. *See Heimermann v. Crist*, No. 00-1455, slip op. at 2 (D. Minn. Sept. 6, 2001). Such dismissals without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) are within the "sound discretion of the district courts." *Herring v. City of Whitehall*, 804 F.2d 464, 466 (8th Cir. 1986). The imposition of costs and fees for an action previously dismissed as a precondition to a plaintiff's refiling his complaint is authorized by Fed. R. Civ. P. 41(d). *Id.* Based on Heimermann's past litigation conduct, such a precondition was appropriate under the circumstances of this case.

Heimermann now moves this Court to alter or modify the judgment pursuant to Fed. R. Civ. P. 59(e). A district court has broad discretion in determining whether to open a judgment pursuant to a Rule 59(e) motion. *See Roudybush v. Zabel*, 813 F.2d 173, 178 (8th Cir. 1987);

FILED NOV 7 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

*Harris v. Arkansas Dept. of Human Servs.*, 771 F.2d 414, 417 (8th Cir. 1985); *Pitts v. Electro-Static Finishing, Inc.*, 607 F.2d 799, 803 (8th Cir. 1979). The court of appeals will not reverse such a determination absent a clear showing of abuse of discretion. *See Harris*, 771 F.2d at 417. Heimermann has failed to present the extraordinary circumstances justifying an alteration or modification of the judgment. Heimermann's Motion is denied.

Heimermann is a frequent filer, who has been sanctioned by several courts, including this one, for filing and pursuing frivolous and vexatious lawsuits. *See Heimermann v. Ramp*, No. 01-437, slip op. at 2-4 (D. Minn. Sept. 6, 2001). Heimermann's continued pattern of filing frivolous and malicious motions with this Court warrants further sanctions. *See Ivy v. Kimbrough*, 115 F.3d 550, 553 (8th Cir. 1997); *Lupo v. R. Rowland & Co.*, 857 F.2d 482, 486 (8th Cir. 1988); *Burgs v. Sissel*, 745 F.2d 526, 528 (8th Cir. 1984) (holding that *pro se* litigants are not excused from complying with substantive and procedural law); *Ginter v. Southern*, 611 F.2d 1226, 1227 n.1 (8th Cir. 1979) ("we urge the district courts to assure compliance by *pro se* litigants with the requirements of Rule 11"). Heimermann is sanctioned $750.00.

Based upon the foregoing, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

(1) Heimermann's Motion to Alter or Modify Judgment [Doc. No. 93] is **DENIED**;

(2) Pursuant to Fed. R. Civ. P. 11(c), **Heimermann is fined $750.00** as a sanction for the commencement and continued prosecution of a frivolous and vexatious lawsuit.

BY THE COURT:

Ann Montgomery

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: November 7, 2001

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500